## MICHAEL J. HINES ET AL. *v.* NICHOLAS PUGLIO
### (5528)

BORDEN, DALY and BIELUCH, Js.

Argued June 10—decision released June 12, 1987

*Linda R. Stark,* with whom was *Anthony T. Varone,* for the appellant (defendant).

*Frederick S. Ury,* with whom, on the brief, was *Jessica L. Braus,* for the appellees (plaintiffs).

PER CURIAM. There is no error.